**CIVIL AERONAUTICS BOARD et al. v.
AMERICAN AIR TRANSPORT,**
Inc., et al.
No. 11115.

United States Court of Appeals
District of Columbia Circuit.
Argued Feb. 15, 1952.

Question Certified to United States
Supreme Court, June 12, 1952.

Certificate Dismissed Oct. 20, 1952.

See 344 U.S. 4, 73 S.Ct. 2.

Appeal Decided Nov. 20, 1952.

194

John H. Wanner, Associate Gen. Counsel, Civil Aeronautics Board, Washington, D. C., with whom Asst. Atty. Gen. H. G. Morison, and George Morris Fay, U. S. Atty., Washington, D. C., at the time the brief was filed, Emory T. Nunneley, Jr., Gen. Counsel, Civil Aeronautics Board, Ross O'Donoghue, Asst. U. S. Atty., and O. D. Ozment, Atty., Civil Aeronautics Board, Washington, D. C., were on the brief, for appellants. Charles M. Irelan, U. S. Atty. at the time of argument, Charles H. Weston, Chief, Appellate Section of the Antitrust Division, Department of Justice, and Joseph M. Howard, Asst. U. S. Atty., Washington, D. C., also entered appearances on behalf of appellants.

Albert F. Beitel, Washington, D. C., with whom George M. Morris, Washington, D. C., was on the brief, for appellees.

Before EDGERTON, WILBUR K. MILLER, and PRETTYMAN, Circuit Judges.

PER CURIAM.

We certified this case to the Supreme Court. On October 20, 1952, the Supreme Court dismissed the certificate. 344 U.S. 4, 73 S.Ct. 2. The circuit judge who formerly voted for affirmance and the circuit judge who formerly voted for reversal now concur with the circuit judge who formerly voted for remand. The case is remanded to the District Court for further proceedings in accordance with the opinion of that judge, 201 F.2d 189, 193, 194, as set forth in our certificate filed June 12, 1952.

Remanded.